LOUIS A. LEONE, ESQ. (SBN: 099874)
KATHLEEN DARMAGNAC, ESQ. (SBN: 150843)
BRIAN A. DUUS, ESQ. (SBN: 263403)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:   (925) 974-8600
Facsimile:    (925) 974-8601

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERALD CLINTON (J.C.) EAGLESMITH, RAMONA EAGLESMITH, JUSTUS EAGLESMITH, EILEEN COX, and BRUCE BARNES<br><br>Plaintiffs,<br><br>vs.<br><br>JEFF RAY, as an individual, SUE SEGURA, as an individual, BRUCE WILLIAMS, as an individual, TERRY OESTREICH, as an individual, TORI WILLITS, as an individual, GLENN HARRIS, as an individual, YVONNE BALES, as an individual, and BOARD OF TRUSTEES OF PLUMAS COUNTY OFFICE OF EDUCATION/PLUMAS COUNTY UNIFIED SCHOOL DISTRICT<br><br>Defendants. | **Case No.:   2:11-CV-00098-JAM-JFM**<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO VERIFIED COMPLAINT FOR DAMAGES** |

Plaintiffs JERALD CLINTON (J.C.) EAGLESMITH, RAMONA EAGLESMITH, JUSTUS EAGLESMITH, EILEEN COX, and BRUCE BARNES and Defendants JEFF RAY, as an individual, SUE SEGURA, as an individual, BRUCE WILLIAMS, as an individual, TERRY OESTREICH, as an individual, TORI WILLITS, as an individual, GLENN HARRIS, as an individual, and YVONNE BALES, as an individual, BOARD OF TRUSTEES OF PLUMAS COUNTY OFFICE OF EDUCATION/PLUMAS COUNTY

PDF created with pdfFactory trial version www.pdffactory.com

UNIFIED SCHOOL DISTRICT hereby stipulate per Local Rule 144 that the above-named Defendants have a 21 day extension until March 15th, 2011 to respond to Plaintiffs' Verified Complaint for Damages.

Agreed and so stipulated:

_____   Dated: February\_\_\_, 2011

LOUIS A. LEONE, ESQ.
KATHLEEN L. DARMAGNAC, ESQ.
BRIAN A. DUUS, ESQ
Attorneys for Defendants

_____   Dated: February\_\_\_, 2011

DAN SIEGEL, ESQ.
PETER HABERFELD, ESQ.
MICHAEL SIEGEL, ESQ
Attorneys for Plaintiffs

DATED:  2/17/2011

SO ORDERED:

/s/ John A. Mendez

U. S. DISTRICT COURT JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com