DAN SIEGEL, SBN 56400
PETER HABERFELD, SBN 41723
MICHAEL SIEGEL, SBN 269439
SIEGEL & YEE
499 14th Street, Suite 220
Oakland, CA  94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiffs
JERALD CLINTON (J.C.) EAGLESMITH,
RAMONA EAGLESMITH,
JUSTUS EAGLESMITH, EILEEN COX,
And BRUCE BARNES

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JERALD CLINTON (J.C.) EAGLESMITH, RAMONA EAGLESMITH, JUSTUS EAGLESMITH, EILEEN COX and BRUCE BARNES<br><br>           Plaintiffs,<br>    vs.<br><br>JEFF RAY, as an individual, SUE SEGURA, as an individual, BRIAN WILLIAMS, as an individual, TERRY OESTREICH, as an individual, TORI WILLITS, as an individual, GLENN HARRIS, as an individual, YVONNE BALES, as an individual, and BOARD OF TRUSTEES OF PLUMAS COUNTY OFFICE OF EDUCATION/ PLUMAS COUNTY UNIFIED SCHOOL DISTRICT,<br><br>           Defendants. | Case No. 2:11-CV-00098-JAM-JFM<br><br>PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM |

Petitioner Ramona Eaglesmith states as follows:

1. Justus Eaglesmith, my son, is a minor of the age of 12 years.

---

Eaglesmith v. Ray, Case No. 2:22-CV-0098-JAM-JFM
Petition and Order for Appointment of Guardian Ad Litem- 1

PDF created with pdfFactory trial version www.pdffactory.com

2. Justus Eaglesmith is about to commence an action in this court against Defendants Ray, Segura, Willits and the Plumas County Office of Education/Plumas Unified School District (PCOE/PUSD) claiming that they discriminated against him on the basis of race, national origin, ethnic group identification, and religion in violation of 42 U.S.C.2000d, California Education Code Section 220, and California Government Code section 11135 by denying him benefits under the state and federally financed educational program and activity.

3. Justus Eaglesmith has no general guardian and no previous petition for appointment of a guardian ad litem has been filed in this matter.

4. Jerald Clinton (J.C.) Eaglesmith is Justus' father and is also a plaintiff in this action. I live with him and Justus at the following address: Jerald Eaglesmith, 5612 Genesee Road, Taylorsville, California 95983. He is a responsible person, and is fully competent to act as Justus' guardian ad litem.

5. Jerald Clinton is willing to act as guardian ad litem for petitioner, as appears by his consent attached hereto.

WHEREFORE, petitioner moves this court for an order appointing Jerald Clinton (J.C.) Eaglesmith as guardian ad litem of petitioner for the purpose of bringing action against defendants Ray, Segura, Willits and PCOE/PUSD on the claims hereinabove stated.

DATED: _____

Eaglesmith v. Ray, Case No. 2:22-CV-0098-JAM-JFM
Petition and Order for Appointment of Guardian Ad Litem- 2

PDF created with pdfFactory trial version www.pdffactory.com

|     |                                                                 |
| --- | --------------------------------------------------------------- |
| 1   | SIEGEL & YEE                                                    |
| 2   | By _____                                        |
| 3   | Peter Haberfeld                                                 |
| 4   | Attorney for Petitioner Ramona Eaglesmith                       |

CONSENT OF NOMINEE

I, Jerald Clinton (J.C.) Eaglesmith, the nominee of the Petitioner, consent to act as the <u>guardian</u> <u>ad</u> <u>litem</u> for the minor petitioner in the above action.

DATED: _____

_____
Jerald Clinton (J.C.) Eaglesmith

---

<u>Eaglesmith v. Ray,</u> Case No. 2:22-CV-0098-JAM-JFM
Petition and Order for Appointment of Guardian Ad Litem- 3

PDF created with pdfFactory trial version www.pdffactory.com

ORDER

The petition for an order appointing Jerald Clinton (J.C.) Eaglesmith as <u>guardian</u> <u>ad litem</u> for Petitioner is GRANTED.

IT IS SO ORDERED.

DATED: April 4, 2011

/s/ John A. Mendez
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com