DAN SIEGEL, SBN 56400
PETER HABERFELD, SBN 41723
MICHAEL SIEGEL, SBN 269439
SIEGEL & YEE
499 14th Street, Suite 220
Oakland, CA 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiffs
JERALD CLINTON (J.C.) EAGLESMITH,
RAMONA EAGLESMITH, EILEEN COX,
and BRUCE BARNES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERALD CLINTON (J.C.) EAGLESMITH, RAMONA EAGLESMITH, EILEEN COX, and BRUCE BARNES,<br><br>Plaintiffs,<br><br>vs.<br><br>JEFF RAY, as an individual, SUE SEGURA, as an individual, and BOARD OF TRUSTEES OF PLUMAS COUNTY OFFICE OF EDUCATION/ PLUMAS COUNTY UNIFIED SCHOOL DISTRICT,<br><br>Defendants. | Case No. 2:11-cv-00098-JAM-JFM<br><br>STIPULATION REGARDING FILING OF PLAINTIFFS' FIRST AMENDED COMPLAINT |

### STIPULATION

It is hereby stipulated and agreed to, by and between the parties hereto, by their respective counsel, that pursuant to Fed.R.Civ.Proc. 15(a)(B)(2) defendants

---

*Eaglesmith v. Ray,* **Case No. 2:11-cv-00098-JAM-JFM**
**Stipulations regarding filing of First Amended Complaint**

PDF created with pdfFactory trial version www.pdffactory.com

1  consent to allow plaintiffs to file the proposed First Amended Complaint they
2  previously e-filed on April 20, 2011 (Dkt. 28.), and defendants will have to and
3  including May 20, 2011 within which to file a responsive pleading.  Accordingly,
4  defendants hereby withdraw their Motion to Dismiss the original Complaint currently
5  set for hearing on May 4, 2011.

7  DATED: April 21, 2011

                                                    SIEGEL & YEE

                                                    By _____
                                                            Peter Haberfeld

                                                    Attorneys for Plaintiffs

Dated:  April   , 2011

                                                  STUBBS & LEONE

                                                  By _____
                                                           Kathleen Darmagnac

                                                   Attorneys for Defendants

---

*Eaglesmith v. Ray,* **Case No. 2:11-cv-00098-JAM-JFM**
**Stipulations regarding filing of First Amended Complaint**

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

The parties hereto having so stipulated, IT IS HEREBY ORDERED that the defendants have given written consent to allow plaintiffs to file the First Amended Complaint they previously e-filed on April 20, 2011, defendants shall have to and including May 20, 2011 within which to file a responsive pleading, and defendants' Motion to Dismiss the original Complaint is withdrawn.

DATED: April 21, 2011

                                             /s/ John A. Mendez
                                               John A. Mendez
                                            United States District Judge

---

*Eaglesmith v. Ray,* **Case No. 2:11-cv-00098-JAM-JFM**
**Stipulations regarding filing of First Amended Complaint**

PDF created with pdfFactory trial version www.pdffactory.com