LOUIS A. LEONE, ESQ. (SBN: 099874)
KATHLEEN DARMAGNAC, ESQ. (SBN: 150843)
BRIAN A. DUUS, ESQ. (SBN: 263403)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:   (925) 974-8600
Facsimile:    (925) 974-8601

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERALD CLINTON (J.C.) EAGLESMITH, RAMONA EAGLESMITH, JUSTUS EAGLESMITH, EILEEN COX, and BRUCE BARNES<br><br>Plaintiffs,<br><br>vs.<br><br>JEFF RAY, as an individual, SUE SEGURA, as an individual, and BOARD OF TRUSTEES OF PLUMAS COUNTY OFFICE OF EDUCATION/PLUMAS COUNTY UNIFIED SCHOOL DISTRICT<br><br>Defendants. | Case No.:  2:11-CV-00098-JAM-JFM<br><br>**STIPULATION AND ORDER REFERRING MATTER TO THE VOLUNTARY DISPUTE RESOLUTION PROGRAM** |

Plaintiffs, by and through their attorneys Siegel & Yee, and Defendants, by and through their attorneys, Stubbs & Leone, hereby submit their request pursuant to Local Rule 271 that this matter be referred to the Voluntary Dispute Resolution Program ("VDRP") of the above-entitled court.

In compliance with Local Rule 271 (i), the parties hereby stipulate:

A. The time frame within which the parties propose the VDRP process will be completed by is August 5, 2011 and the date by which the Neutral must file confirmation of that completion is August 19, 2011.

B. The parties suggest no modifications or additions at this time to case management plan because of the reference to VDRP.

---
STIPULATION AND ORDER REFERRING MATTER TO THE VOLUNTARY DISPUTE RESOLUTION PROGRAM

1

PDF created with pdfFactory trial version www.pdffactory.com

C. Prior to the completion of the VDRP session, the Defendants' motion to dismiss shall be heard on August 3, 2011.

Furthermore, in order to comply with Local Rule 271 (o), the parties agreed to file their Joint VDRP Completion Report by August 26, 2011.

IT IS SO STIPULATED:

DATED: June___, 2011             **SIEGEL & YEE**

_____
PETER HABERFELD, ESQ.
Attorneys for Plaintiffs


Dated: June___, 2011             **STUBBS & LEONE**

_____
LOUIS A. LEONE, ESQ.
KATHLEEN DARMAGNAC, ESQ.
Attorneys for Defendants


IT IS HEREBY ORDERED:


Dated: 6/15/2011                 /s/ John A. Mendez
                                 John A. Mendez
                                 UNITED STATES DISTRICT JUDGE

---

STIPULATION AND ORDER REFERRING MATTER TO THE VOLUNTARY DISPUTE RESOLUTION PROGRAM

2

PDF created with pdfFactory trial version www.pdffactory.com