DAN SIEGEL, SBN 56400
PETER HABERFELD, SBN 41723
DEAN ROYER, SBN 233292
SIEGEL & YEE
499 14th Street, Suite 220
Oakland, CA  94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiffs
JERALD CLINTON (J.C.) EAGLESMITH,
RAMONA EAGLESMITH,
EILEEN COX, and BRUCE BARNES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERALD CLINTON (J.C.) EAGLESMITH, RAMONA EAGLESMITH, EILEEN COX, and BRUCE BARNES,<br><br>   Plaintiffs,<br>   vs.<br><br>JEFF RAY, as an individual, SUE SEGURA, as an individual, and BOARD OF TRUSTEES OF PLUMAS COUNTY OFFICE OF EDUCATION/ PLUMAS COUNTY UNIFIED SCHOOL DISTRICT,<br><br>   Defendants. | Case No. 2:11-CV-00098-JAM-JFM<br><br>STIPULATION AND ORDER TO DISMISS SPECIFIC ALLEGATIONS OF SECOND AMENDED COMPLAINT |

Plaintiffs alleged in their Sixth Claim for Relief of their First Amended Complaint that defendants violated the First Amendment rights of plaintiff J.C. Eaglesmith. The Court, in its Order Granting in Part and Denying in Part Defendants' Motion to Dismiss and Motion to Strike (Dkt. 50), observed that such allegations were redundant because they also appeared in plaintiffs' Eighth Claim for Relief, and therefore dismissed them with prejudice. Plaintiffs inadvertently included those allegations in the Sixth Claim for Relief of their Second Amended Complaint.  Therefore, plaintiffs and defendants hereby

*Eaglesmith v. Ray*, Case No. 2:11-cv-00098-JAM-JFM
Stipulation and Order to Dismiss Specific Allegations of Second Amended Complaint - 1

stipulate that those specific allegations be dismissed from the Sixth Claim for Relief of the Second Amended Complaint.

Dated: December 16, 2011              SIEGEL & YEE

                                      By: /s/Peter Haberfeld
                                          Peter Haberfeld

                                      Attorneys for Plaintiffs

Dated: December 29, 2011              STUBBS & LEONE

                                      By: /s/ Brian Duus
                                          Brian Duus

                                      Attorneys for Defendants

IT IS SO ORDERED:

Dated:  12/30/2011

                                      /s/ John A. Mendez_____
                                      U. S. District Court Judge

*Eaglesmith v. Ray*, Case No. 2:11-cv-00098-JAM-JFM
Stipulation and Order to Dismiss Specific Allegations of Second Amended Complaint - 2

PDF created with pdfFactory trial version www.pdffactory.com