IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERALD CLINTON EAGLESMITH, *et al.,*

    Plaintiffs,       No. CIV 2:11-cv-0098-JAM-JFM

    vs.

JEFF RAY, *et al.*,

    Defendants.       <u>ORDER</u>

_____/

    On February 2, 2012 the court held a hearing on defendants' January 3, 2012 motion to compel.  Peter Haberfeld appeared for plaintiffs.  Brian Duus appeared for defendants.  Upon review of the joint discovery statement, discussion with counsel and good cause appearing therefor, IT IS HEREBY ORDERED that defendants' motion to compel is partially granted:

    1. The depositions of the parties and non-parties shall be conducted on the following dates, as stipulated to by the parties at the February 2, 2012 hearing:

    a.    February 15, 2012    Defendant Sue Segura

    b.    February 17, 2012    Defendant Jeff Ray

    c.    February 29, 2012    Plaintiff J.C. Eaglesmith

    d.    March 1, 2012    Plaintiff Ramona Eaglesmith

    e.    March 5, 2012    Non-Party Bruce Williams

|   |    |                |                                        |
|---|----|----------------|----------------------------------------|
| f. | March 7, 2012  | Non-Parties Yvonne Bales & Terry Oestreich |
| e. | March 13, 2012 | Plaintiff Eileen Cox                   |
| g. | March 14, 2012 | Plaintiff Bruce Barnes                 |
| h. | March 27, 2012 | Non-Party Tori Willits                 |
| i. | March 29, 2012 | Non-Party Glenn Harris                 |

2. All depositions are scheduled to commence at 9:30 a.m. at the following locations:

    a. Plaintiffs will be deposed at Esquire Deposition Services, 2151 River Plaza Drive, Suite 300, Sacramento, CA 95833.

    b. Defendants and Non-Parties will be deposed at Barkley Court Reporters, 770 L Street, Suite 950, Sacramento, CA 95814.

3. At their scheduled depositions, plaintiffs shall respond to defendants' documents requests filed pursuant to Federal Rule of Civil Procedure 34.

4. Each side shall bear its own costs and attorneys' fees.

DATED: February 9, 2012.

                                                      UNITED STATES MAGISTRATE JUDGE

/014;eagl0098.disc2