IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EILEEN COX, RAMONA EAGLESMITH, JUSTUS EAGLESMITH, EILEEN COX, and BRUCE BARNES<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>JEFF RAY, as an individual, SUE SEGURA, as an individual, BRUCE WILLIAMS, as an individual, TERRY OESTREICH, as an individual, TORI WILLITS, as an individual, GLENN HARRIS, as an individual, YVONNE BALES, as an individual, and BOARD OF TRUSTEES OF PLUMAS COUNTY OFFICE OF EDUCATION/PLUMAS COUNTY UNIFIED SCHOOL DISTRICT<br><br>　　　　Defendants. | **Case No.:   2:11-CV-00098-JAM-JFM**<br><br>**STIPULATED ORDER TO ALLOW MENTAL EXAMINATION OF PLAINTIFF EILEEN COX** |

　　　　PLAINTIFF EILEEN COX AND DEFENDANTS PLUMAS COUNTY OFFICE OF EDUCATION/PLUMAS UNIFIED SCHOOL DISTRICT, SUE SEGURA AND JEFF RAY BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY STIPULATE AS FOLLOWS:

　　　　1.　　That Plaintiff Eileen Cox("Plaintiff") will undergo an independent mental examination ("IME");

---

STIPULATED ORDER TO ALLOW MENTAL EXAMINATION OF PLAINTIFF EILEEN COX

1


2.     The mental examination of Plaintiff referenced herein is proper because Plaintiff has put her mental and psychological condition at issue in this action;

3.     That the examination will occur on April 24, 2012, commencing at 11:00 a.m. at Esquire Deposition Services, located at 2151 River Plaza Dr., Ste. 300, Sacramento, California, 95833, telephone number (916) 446-2700, and will be conducted by Jeffrey Gould, M.D.

4.     That said examination will consist of an oral interview and evaluation of Plaintiff, the procurement of Plaintiff's life and psychological history, and psychological testing of Plaintiff, and will not exceed 8 hours. The oral examination will be recorded by audiotape, and no observers are permitted to attend.  The parties anticipate that the examination will consist of tests standard in psychological evaluations, including a clinical interview and brief cognitive screening. With respect to an assessment of emotional functions and the plaintiff's personality, her personality status and attitude toward illness, plaintiff will be examined through the administration of one or more of the following measures: the Minnesota Multiphasic Personality Inventory-2 (MMPI-2), the Millon Clinical Multiaxial Inventory-III (MCMI-III), and the Incomplete Sentences Blank.

5.     That said examination will not consist of any tests or procedures which would be painful, protracted or intrusive to Plaintiff.

6.     That an IME report will be prepared by Defendants' designated expert Jeffrey Gould, M.D. within thirty days after the date of the examination, or by May 24, 2012, and will be made available to plaintiffs' counsel at that time.

**IT IS SO STIPULATED**:

Date:  _____               **SIEGEL & YEE**

_____
DAN SIEGEL, ESQ.
PETER HABERFELD, ESQ.
Attorneys for Plaintiffs
JERALD CLINTON (J.C.)EAGLESMITH,
RAMONA EAGLESMITH, BRUCE BARNES
AND EILEEN COX

_____
STIPULATED ORDER TO ALLOW MENTAL EXAMINATION OF PLAINTIFF EILEEN COX

Date: _____          **STUBBS & LEONE**

_____
LOUIS A. LEONE
KATHLEEN DARMAGNAC, ESQ.
BRIAN DUUS, ESQ.
Attorney for Defendants PLUMAS COUNTY
OFFICE OF EDUCATION/PLUMAS UNIFIED
SCHOOL DISTRICT, SUE SEGURA AND
JEFFREY RAY

Although not apparent here, the court's docket reflects that the parties have signed this stipulation.  <u>See</u> Doc. No. 78.

**IT IS SO ORDERED.**

DATED: March 30, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

/014;eagl0098.stip2

---

STIPULATED ORDER TO ALLOW MENTAL EXAMINATION OF PLAINTIFF EILEEN COX