IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JERALD CLINTON (J.C.) EAGLESMITH, RAMONA EAGLESMITH, JUSTUS EAGLESMITH, EILEEN COX, and BRUCE BARNES | Case No.:   2:11-CV-00098-JAM-JFM |
| Plaintiffs, | **STIPULATED ORDER TO ALLOW MENTAL EXAMINATION OF PLAINTIFF JERALD CLINTON (J.C.) EAGLESMITH** |
| vs. | |
| JEFF RAY, as an individual, SUE SEGURA, as an individual, BRUCE WILLIAMS, as an individual, TERRY OESTREICH, as an individual, TORI WILLITS, as an individual, GLENN HARRIS, as an individual, YVONNE BALES, as an individual, and BOARD OF TRUSTEES OF PLUMAS COUNTY OFFICE OF EDUCATION/PLUMAS COUNTY UNIFIED SCHOOL DISTRICT | |
| Defendants. | |

PLAINTIFF JERALD CLINTON (J.C.) EAGLESMITH AND DEFENDANTS

PLUMAS COUNTY OFFICE OF EDUCATION/PLUMAS UNIFIED SCHOOL DISTRICT,

SUE SEGURA AND JEFF RAY BY AND THROUGH THEIR ATTORNEYS OF RECORD,

HEREBY STIPULATE AS FOLLOWS:

      1.     That Plaintiff Jerald Clinton (J.C.) Eaglesmith("Plaintiff") will undergo an

independent mental examination ("IME");

2.      The mental examination of Plaintiff referenced herein is proper because Plaintiff has put his mental and psychological condition at issue in this action;

3.      That the examination will occur on April 18, 2012, at 10:00 a.m. at Esquire Deposition Services, located at 2151 River Plaza Dr., Ste. 300, Sacramento, California, 95833, telephone number (916) 446-2700, and will be conducted by Jeffrey Gould, M.D.

4.      That said examination will consist of an oral interview and evaluation of Plaintiff, the procurement of Plaintiff's life and psychological history, and psychological testing of Plaintiff, and will not exceed 8 hours.  The parties anticipate that the examination will consist of tests standard in psychological evaluations, including a clinical interview and brief cognitive screening. With respect to an assessment of emotional functions and the plaintiff's personality, his or her personality status and attitude toward illness, plaintiff will be examined through the administration of one or more of the following measures: the Minnesota Multiphasic Personality Inventory-2 (MMPI-2), the Millon Clinical Multiaxial Inventory-III (MCMI-III), and the Incomplete Sentences Blank.

5.      That said examination will not consist of any tests or procedures which would be painful, protracted or intrusive to Plaintiff.

6.      That an IME report will be prepared by Defendants' designated expert Jeffrey Gould, M.D., within thirty days after the date of the examination, or by May18, 2012, and will be made available to plaintiffs' counsel at that time.

**IT IS SO STIPULATED**:


Date:  _____               **SIEGEL & YEE**


                                   _____
                                   DAN SIEGEL, ESQ.
                                   PETER HABERFELD, ESQ.
                                   Attorneys for Plaintiffs
                                   JERALD CLINTON (J.C.)EAGLESMITH,
                                   RAMONA EAGLESMITH, BRUCE BARNES
                                   AND EILEEN COX

STIPULATED ORDER TO ALLOW MENTAL EXAMINATION OF PLAINTIFF JERALD CLINTON (J.C.) EAGLESMITH

Date: _____                    **STUBBS & LEONE**

                                   _____
                                   LOUIS A. LEONE
                                   KATHLEEN DARMAGNAC, ESQ.
                                   BRIAN DUUS, ESQ.
                                   Attorney for Defendants PLUMAS COUNTY
                                   OFFICE OF EDUCATION/PLUMAS UNIFIED
                                   SCHOOL DISTRICT, SUE SEGURA AND JEFF
                                   RAY

Although not apparent here, the court's docket reflects that the parties have signed this stipulation. See Doc. No. 81.

**IT IS SO ORDERED.**

**Date: 3/30/2012**

_____
UNITED STATES MAGISTRATE JUDGE

/014;eagl0098.stip3

---

STIPULATED ORDER TO ALLOW MENTAL EXAMINATION OF PLAINTIFF JERALD CLINTON (J.C.) EAGLESMITH