LOUIS A. LEONE, ESQ. (SBN: 099874)
KATHLEEN DARMAGNAC, ESQ. (SBN: 150843)
BRIAN A. DUUS, ESQ. (SBN: 263403)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA94596
Telephone:   (925) 974-8600
Facsimile:   (925) 974-8601

Attorneys for Defendants
BOARD OF TRUSTEES OF
PLUMAS COUNTY OFFICE OF
EDUCATION/PLUMAS COUNTY
UNIFIED SCHOOL DISTRICT,
SUE SEGURA AND JEFF RAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JERALD CLINTON (J.C.) EAGLESMITH, RAMONA EAGLESMITH, JUSTUS EAGLESMITH, EILEEN COX, and BRUCE BARNES<br><br>Plaintiffs,<br><br>vs.<br><br>JEFF RAY, as an individual, SUE SEGURA, as an individual, and BOARD OF TRUSTEES OF PLUMAS COUNTY OFFICE OF EDUCATION/PLUMAS COUNTY UNIFIED SCHOOL DISTRICT<br><br>Defendants. | **Case No.:   2:11-CV-00098-JAM-JFM**<br><br>**STIPULATION AND ORDER REGARDING PLAINTIFF RAMONA EAGLESMITH'S CLAIMS FOR EMOTIONAL DISTRESS** |

Plaintiff RAMONA EAGLESMITH by and through said plaintiff's attorney of record, Siegel & Yee, and defendants JEFF RAY, SUE SEGURA, and BOARD OF TRUSTEES OF PLUMAS COUNTY OFFICE OF EDUCATION/PLUMAS COUNTY UNIFIED SCHOOL DISTRICT, by and through their attorneys of record, Stubbs & Leone, do hereby stipulate as follows:

---

STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF RAMONA EAGLESMITH'S CLAIMS FOR EMOTIONAL DISTRESS

1

PDF created with pdfFactory trial version www.pdffactory.com

1. Plaintiff herein is not making any claims for mental and emotional distress beyond "garden-variety" stress which is defined in Fitzgerald v. Cassil (N.D. Cal. 2003) 216 F.R.D. 632, 637 as "ordinary or commonplace emotional distress," that which is "simple or usual."

2. Plaintiff will not introduce any expert testimony regarding the issue of mental and emotional distress at trial in support of any claim for damages.

**IT IS HEREBY STIPULATED**:

Date: April 2, 2012                                **SIEGEL & YEE**

                                                    **/s/**_____
                                                    DAN SIEGEL, ESQ.
                                                    PETER HABERFELD, ESQ.
                                                    Attorneys for Plaintiffs
                                                    JERALD CLINTON (J.C.)EAGLESMITH,
                                                    RAMONA EAGLESMITH, EILEEN COX, and
                                                    BRUCE BARNES

Date: April 2, 2012                                **STUBBS & LEONE**

                                                    **/s/**_____
                                                    KATHLEEN DARMAGNAC, ESQ.
                                                    BRIAN DUUS, ESQ.
                                                    Attorney for Defendants
                                                    JEFF RAY, as an individual, SUE SEGURA, as an individual, and BOARD OF TRUSTEES OF PLUMAS COUNTY OFFICE OF EDUCATION/PLUMAS COUNTY UNIFIED SCHOOL DISTRICT

**IT IS SO ORDERED:**

Dated: 4/3/2012                                    /s/ John A. Mendez_____
                                                    U. S. DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF RAMONA EAGLESMITH'S CLAIMS FOR EMOTIONAL DISTRESS

2

PDF created with pdfFactory trial version www.pdffactory.com