1

2

3

4

5

6

7        IN THE UNITED STATES DISTRICT COURT

8      FOR THE EASTERN DISTRICT OF CALIFORNIA

9  JERALD CLINTON EAGLESMITH, *et al.,*

10             Plaintiffs,                    No. CIV 2:11-cv-0098-JAM-JFM

11        vs.

12  JEFF RAY, *et al.*,

13             Defendants.                    <u>ORDER</u>

14  _____/

15             Pending before the court are plaintiffs' May 17, 2012 motion to shorten time and

16  motion for leave to take a deposition of a witness unavailable at trial.  Plaintiffs seek leave to

17  take the deposition of Jim Lake, Principal at Greenville Junior / Senior High School in the

18  Plumas County Unified School District.  Although plaintiffs' previous request to depose Lake

19  was denied, <u>see</u> Doc. No. 94, plaintiff's currently argue that they have learned new information

20  that renders Lake's deposition critical.  They also argue that because Lake is moving to Nebraska

21  in June 2012, he would likely be unavailable to appear at the October 29, 2012 trial scheduled in

22  this matter.  Defendants oppose both the request to shorten time and the motion for leave to take

23  Lake's deposition.

24  /////

25  /////

26  /////

1

1       On review of the joint statement and good cause appearing therefor, IT IS

2 HEREBY ORDERED that:

3       1.  Plaintiffs' motion for order shortening time is granted (Doc. No. 98);

4       2.  The May 24, 2012 hearing on this matter is vacated;

5       3.  Plaintiffs' motion for leave to conduct deposition is partially granted.  Doc.

6 Nos. 97 and 100.  Plaintiff is granted leave to take the deposition of Jim Lake for a maximum of

7 four hours.  The deposition of Jim Lake shall be taken in lieu of the deposition of Brad Baker;

8 and

9       4.  Defendants' request that plaintiffs be ordered to bear the cost of Jim Lake's

10 travel and related expenses associated with his deposition is denied.

11 DATED: May 21, 2012.

12

13

UNITED STATES MAGISTRATE JUDGE

14

15 /014;eagl0098.disc7

16

17

18

19

20

21

22

23

24

25

26