1    DAN SIEGEL, SBN 56400
PETER HABERFELD, SBN 41723
2    SIEGEL & YEE
499 14th Street, Suite 220
3    Oakland, CA  94612
4    Telephone: (510) 839-1200
Facsimile: (510) 444-6698
5

6    Attorneys for Plaintiffs
JERALD CLINTON (J.C.) EAGLESMITH,
7    RAMONA EAGLESMITH,
EILEEN COX, and BRUCE BARNES
8

9           IN THE UNITED STATES DISTRICT COURT

10        FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12    JERALD CLINTON (J.C.) EAGLESMITH, )   Case No. 2:11-CV-00098-JAM-JFM
RAMONA EAGLESMITH, EILEEN COX, )
13    and BRUCE BARNES,             )   STIPULATION AND ORDER TO TAKE
                                   )   THE DEPOSITION
14                                 )   ON JIM LAKE ON JUNE 7, OR JUNE 11,
15          Plaintiffs,        )   2012
      vs.                               )
16                                      )
JEFF RAY, as an individual, SUE       )
17    SEGURA, as an individual, and BOARD   )
OF TRUSTEES OF PLUMAS COUNTY    )
18    OFFICE OF EDUCATION/ PLUMAS      )
COUNTY UNIFIED SCHOOL DISTRICT,   )
19                                      )
20         Defendants.      )

21        Plaintiffs J.C. Eaglesmith, Ramona Eaglesmith, Bruce Barnes and Eilleen Cox,

22 and defendants Plumas County Office of Education/Plumas Unified School District, Sue

23 Segura, and Jeff Ray, by and through their attorneys of record, hereby stipulate as

24 follows:

25

26       1.   On May 22, 2012, the Court issued an Order (Dkt. No. 103) allowing plaintiffs

27            to take the deposition of Jim Lake, Principal at Greenville Junior/Senior High

28            School in Plumas County Unified School District, and that they be allowed to

           take his deposition in lieu of the deposition of Brad Baker.  The parties had

*Eaglesmith v. Ray*, Case No. 2:11-cv-00098-JAM-JFM
Stipulation and Order to Depose Jim Lake on June 7 or June 11, 2012 - 1

PDF created with pdfFactory trial version www.pdffactory.com

1  scheduled the deposition of Mr. Baker for Thursday, May 31, 2012 in

2  Sacramento, California at 1:00 PM.

3   2. On Tuesday, May 29, 2012, defendants' counsel communicated to plaintiffs'

4   counsel Mr. Lake's  proposal that, for his convenience, his deposition be

5   scheduled to either June 7 at 1:00 PM or June 11 at 10:00 AM or later in

6
7   Sacramento.   On May 30, 2012, defendants' counsel wrote to plaintiffs'

8   counsel that Mr. Lake is unavailable on May 31, 2012.

9   3.  The Court's Status (Pre-trial Scheduling) Order (Dkt. No. 19) states "all

10   discovery shall be completed by June 1, 2012.  In this context, 'completed'

11
   means that all discovery shall have been conducted so that all depositions
12
13   have been taken ...."

14  4.  The parties agree to schedule the deposition of Mr. Lake on either of the two

15   dates proposed by Mr. Lake.

16  5.  The parties agree to waive the discovery cut-off as it pertains only to this

17   deposition for the purpose of the convenience of Mr. Lake. The cut-off would

18   be waived for no other purpose.

19

20  Dated: May 30, 2012                    SIEGEL & YEE

21                                   By: /s/Peter Haberfeld
22                                       Peter Haberfeld

23                                   Attorneys for Plaintiffs

24

25
26  Dated: May 30, 2012                    STUBBS & LEONE

27                                   By: /s/ Brian Duus
                                         Brian Duus
28
                                     Attorneys for Defendants

---

*Eaglesmith v. Ray*, Case No. 2:11-cv-00098-JAM-JFM
Stipulation and Order to Depose Jim Lake on June 7 or June 11, 2012 - 2

PDF created with pdfFactory trial version www.pdffactory.com

1

2

3

4   **IT IS SO ORDERED**

5

6   **Dated:   June 1, 2012**

7                                                                **/s/ John A. Mendez**
                                                                  **U. S. District Court Judge**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Eaglesmith v. Ray*, **Case No. 2:11-cv-00098-JAM-JFM**
**Stipulation and Order to Depose Jim Lake on June 7 or June 11, 2012 - 3**

PDF created with pdfFactory trial version www.pdffactory.com