DAN SIEGEL, SBN 56400
PETER HABERFELD, SBN 41723
MICHAEL SIEGEL, SBN 269439
SIEGEL & YEE
499 14th Street, Suite 220
Oakland, CA  94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiffs
JERALD CLINTON (J.C.) EAGLESMITH,
RAMONA EAGLESMITH,
EILEEN COX, and BRUCE BARNES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERALD CLINTON (J.C.) EAGLESMITH, RAMONA EAGLESMITH, EILEEN COX, and BRUCE BARNES,<br><br>Plaintiffs,<br>vs.<br><br>JEFF RAY, as an individual, SUE SEGURA, as an individual, and BOARD OF TRUSTEES OF PLUMAS COUNTY OFFICE OF EDUCATION/ PLUMAS COUNTY UNIFIED SCHOOL DISTRICT,<br><br>Defendants. | Case No. 2:11-CV-00098-JAM-JFM<br><br>FIRST AMENDED STIPULATION AND ORDER TO PRODUCE INDEPENDENT MEDICAL EXAMINER TESTS AND TEST RESULTS TO PARTIES, PURSUANT TO FED.R.CIV.P. 35(b)(1) and (5) |

Plaintiffs J.C. Eaglesmith, Eileen Cox and Bruce Barnes allege in their Complaint that defendants' conduct caused them emotional distress.  Because they thereby placed their mental condition at issue, they agreed to submit to an independent medical examination by defendants' expert Dr. Jeff Gould.  In the course of examining each plaintiff, Dr. Gould conducted various psychological tests, and enlisted Dr. Bronson to analyze the results.

Plaintiffs have requested that defendants produce the tests and test results in

*Eaglesmith v. Ray*, Case No. 2:11-cv-00098-JAM-JFM
1st Amended Stip. and Order to Produce IME tests and test results to parties- 1

order that plaintiffs can prepare cross examination of Dr. Gould and any other defendant expert that relies on those tests and test results. According to defendant's attorneys, Dr. Gould believes that the ethical rules of the American Psychiatric Association preclude him from sharing "the test and raw data results" with anyone other than a licensed clinical psychologist or psychiatrist.

On July 27, 2011, the parties entered a Stipulation for Protective Order (Dkt. No. 47). The Court signed the Order on July 29, 2011.

Fed.R.Civ.P. 35(b)(1) entitles the person examined to be provided with a copy of the medical examiner's written report and requires that the report include "in detail* * * the results of any tests." Rule35(b)(5) grants to the Court the authority to order on motion that the party deliver the report, as defined by Rule 35(b)(1), and "[i]f the report is not provided, the court may exclude the examiner's testimony at trial."

Therefore, plaintiffs and defendants hereby stipulate that the Court enter an Order that directs Dr. Jeff Gould to produce the tests and test results to the parties' attorneys.

Dated: July 18, 2012                                           SIEGEL & YEE

                                                               By: /s/Peter Haberfeld
                                                                   Peter Haberfeld

                                                               Attorneys for Plaintiffs


Dated: July 18, 2012                                           STUBBS & LEONE

                                                               By: /s/ Brian Duus
                                                                   Brian Duus

                                                               Attorneys for Defendants

---

*Eaglesmith v. Ray*, Case No. 2:11-cv-00098-JAM-JFM
1st Amended Stip. and Order to Produce IME tests and test results to parties- 2

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: July 19, 2012 | IT IS SO ORDERED. |
| 4 | | /s/ John A. Mendez |
| 5 | | John A. Mendez<br>United States District Judge |

*Eaglesmith v. Ray*, Case No. 2:11-cv-00098-JAM-JFM
1st Amended Stip. and Order to Produce IME tests and test results to parties- 3