LOUIS A. LEONE, ESQ. (SBN: 099874)
KATHLEEN DARMAGNAC, ESQ. (SBN: 150843)
BRIAN A. DUUS, ESQ. (SBN: 263403)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:   (925) 974-8600
Facsimile:   (925) 974-8601

Attorneys for Defendants
JEFF RAY, SUE SEGURA and BOARD OF TRUSTEES OF PLUMAS COUNTY OFFICE OF EDUCATION/PLUMAS COUNTY UNIFIED SCHOOL DISTRICT

DAN SIEGEL, SBN 56400
PETER HABERFELD, SBN 41723
**SIEGEL & YEE**
499 14th Street, Suite 220
Oakland, CA94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiffs
JERALD CLINTON (J.C.) EAGLESMITH, RAMONA EAGLESMITH,
EILEEN COX, and BRUCE BARNES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERALD CLINTON (J.C.) EAGLESMITH, RAMONA EAGLESMITH, EILEEN COX, and BRUCE BARNES<br><br>Plaintiffs,<br><br>vs.<br><br>JEFF RAY, as an individual, SUE SEGURA, as an individual, and BOARD OF TRUSTEES OF PLUMAS COUNTY OFFICE OF EDUCATION/PLUMAS COUNTY UNIFIED SCHOOL DISTRICT<br><br>Defendants. | Case No.:  2:11-CV-00098-JAM-JFM<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING PRETRIAL SCHEDULING AND TRIAL DATE** |

1  WHEREAS the Court issued a Pre-trial Scheduling Order on or about March 21, 2011, (Dkt. #19), setting the Final Pretrial Conference date and Trial Date;

WHEREAS the parties agree to modify those dates;

The parties, Defendants Jeff Ray, Sue Segura and the Board of Trustees of Plumas County Office of Education/Plumas County Unified School District and plaintiffs Jerald Clinton (J.C.) Eaglesmith, Ramona Eaglesmith, Eileen Cox and Bruce Barnes agree to modify the pretrial schedule as follows:

The Final Pretrial Conference is set for **March 22, 2013 at 11:00 a.m**.

Jury trial is set for **May 20, 2013 at 9:00 a.m.**

The parties estimate a trial length of approximately 30 days.

Should the trial extend beyond June 13, 2013, the parties agree to adjourn from June 14 to June 19, 2013.

In all other respects the Court's pre-trial scheduling order remains in effect.

IT IS HEREBY STIPULATED:

Dated: August ____, 2012        **STUBBS & LEONE**

_____
LOUIS A. LEONE, ESQ.
KATHLEEN DARMAGNAC, ESQ.
Attorneys for Defendants
JEFF RAY, SUE SEGURA and BOARD OF TRUSTEES OF PLUMAS COUNTY OFFICE OF EDUCATION/PLUMAS COUNTY UNIFIED SCHOOL DISTRICT

Dated: August ____, 2012        **SIEGEL & YEE**

_____
DAN SIEGEL, ESQ.
PETER HABERFELD
Attorneys for Plaintiffs
JERALD CLINTON (J.C.) EAGLESMITH, RAMONA EAGLESMITH, EILEEN COX, and BRUCE BARNES

1 | **IT IS SO ORDERED:**

3 | Dated: 8/28/2012          /s/ John A. Mendez
                              U. S. DISTRICT COURT JUDGE