LOUIS A. LEONE, ESQ. (SBN: 099874)
KATHLEEN DARMAGNAC, ESQ. (SBN: 150843)
BRIAN A. DUUS, ESQ. (SBN: 263403)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:   (925) 974-8600
Facsimile:    (925) 974-8601

Attorneys for Defendants
BOARD OF TRUSTEES OF PLUMAS COUNTY OFFICE OF EDUCATION/PLUMAS UNIFIED SCHOOL DISTRICT, SUE SEGURA AND JEFF RAY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| JERALD CLINTON (J.C.) EAGLESMITH, RAMONA EAGLESMITH, EILEEN COX and BRUCE BARNES,<br><br>Plaintiffs,<br><br>vs.<br><br>JEFF RAY, as an individual, SUE SEGURA, as an individual, and BOARD OF TRUSTESS OF PLUMAS COUNTY OFFICE OF EDUCATION/PLUMAS COUNTY UNIFIED SCHOOL DISTRICT,<br><br>Defendants. | **CASE NO.:  2:12-cv-00098-JAM-JFM**<br><br>**JUDGMENT IN FAVOR OF SUE SEGURA AND AGAINST PLAINTIFF RAMONA EAGLESMITH** |

This action came on for hearing before the Court on October 17, 2012, at 9:30 AM in Courtroom 6, 14th Floor, Honorable John MENDEZ, District Judge Presiding, Defendant SUE SEGURA's Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that plaintiff RAMONA EAGLESMITH take nothing, that her action be dismissed on the merits and that defendant SUE SEGURA recover her costs.

Dated: 2/1/2013

/s/ John A. Mendez
Honorable John A. Mendez
UNITED STATES DISTRICT COURT JUDGE