LOUIS A. LEONE, ESQ. (SBN: 099874)
KATHLEEN DARMAGNAC, ESQ. (SBN: 150843)
BRIAN A. DUUS, ESQ. (SBN:  263403)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:   (925) 974-8600
Facsimile:   (925) 974-8601

Attorneys for Defendants
BOARD OF TRUSTEES OF PLUMAS COUNTY OFFICE OF EDUCATION/PLUMAS UNIFIED SCHOOL DISTRICT, SUE SEGURA AND JEFF RAY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| JERALD CLINTON (J.C.) EAGLESMITH, RAMONA EAGLESMITH, EILEEN COX and BRUCE BARNES,<br><br>       Plaintiffs,<br><br>vs.<br><br>JEFF RAY, as an individual, SUE SEGURA, as an individual, and BOARD OF TRUSTESS OF PLUMAS COUNTY OFFICE OF EDUCATION/PLUMAS COUNTY UNIFIED SCHOOL DISTRICT,<br><br>       Defendants. | **CASE NO.:  2:12-cv-00098-JAM-JFM**<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS BOARD OF TRUSTEES OF PLUMAS COUNTY OFFICE OF EDUCATION AND PLUMAS UNIFIED SCHOOL DISTRICT AND AGAINST PLAINTIFF BRUCE BARNES** |

This action came on for hearing before the Court on October 17, 2012, at 9:30 AM in Courtroom 6, 14th Floor, Honorable John MENDEZ, District Judge Presiding, Defendants BOARD OF TRUSTEES OF PLUMAS COUNTY OFFICE OF EDUCATION AND PLUMAS UNIFIED SCHOOL DISTRICT's Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

---
[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANTS AND AGAINST PLAINTIFF BRUCE BARNES
-1-

IT IS ORDERED AND ADJUDGED that plaintiff BRUCE BARNES take nothing, that his action be dismissed on the merits and that defendants BOARD OF TRUSTEES OF PLUMAS COUNTY OFFICE OF EDUCATION AND PLUMAS UNIFIED SCHOOL DISTRICT recover its costs.

Dated: 2/1/2013

**/s/ John A. Mendez**
Honorable John A. Mendez
UNITED STATES DISTRICT COURT JUDGE