DAN SIEGEL, SBN 56400
SIEGEL & YEE
499 14th Street, Suite 220
Oakland, CA 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiffs
JERALD CLINTON (J.C.) EAGLESMITH,
and EILEEN COX

LOUIS A. LEONE, ESQ. (SBN: 099874)
KATHLEEN DARMAGNAC, ESQ. (SBN: 150843)
BRIAN A. DUUS, ESQ. (SBN: 263403)
STUBBS & LEONE
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Telephone:   (925) 974-8600
Facsimile:   (925) 974-8601

Attorneys for Defendants
JEFF RAY, SUE SEGURA and BOARD OF TRUSTEES OF PLUMAS COUNTY
OFFICE OF EDUCATION/PLUMAS COUNTY UNIFIED SCHOOL DISTRICT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALFORNIA

| | |
|---|---|
| JERALD CLINTON (J.C.) EAGLESMITH, RAMONA EAGLESMITH, EILEEN COX, and BRUCE BARNES<br><br>Plaintiffs,<br><br>vs.<br><br>JEFF RAY, as an individual, SUE SEGURA, as an individual, and BOARD OF TRUSTEES OF PLUMAS COUNTY OFFICE OF EDUCATION/PLUMAS COUNTY UNIFIED SCHOOL DISTRICT<br><br>Defendants. | Case No.:  2:11-CV-00098-JAM-JFM<br><br>JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE |

JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION
WITH PREJUDICE - 1

WHEREAS this case has been completely resolved by the Court's rulings granting summary judgment against plaintiffs Ramona Eaglesmith and Bruce Barnes and by the settlement and release of all claims by plaintiffs Jerald Clinton (J.C.) Eaglesmith and Eileen Cox,

IT IS HEREBY STIPULATED that this action shall be dismissed with prejudice in its entirety.

Dated: August 7, 2013         SIEGEL & YEE

                              By __/s/ Dan Siegel_____
                                 DAN SIEGEL

                              Attorneys for Plaintiffs
                              JERALD CLINTON (J.C.) EAGLESMITH,
                              and EILEEN COX

Dated: August 7, 2013         STUBBS & LEONE

                              By ___/s/ Kathleen Darmagnac_____
                                 LOUIS A. LEONE
                                 KATHLEEN DARMAGNAC

                              Attorneys for Defendants
                              JEFF RAY, SUE SEGURA and BOARD OF
                              TRUSTEES OF PLUMAS COUNTY OFFICE OF
                              EDUCATION/PLUMAS COUNTY UNIFIED
                              SCHOOL DISTRICT

**IT IS SO ORDERED:**

Dated: August 9, 2013

_/s/_____
United States District Judge

---

JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE - 2