DAN SIEGEL, SBN 56400
SIEGEL & YEE
499 14th Street, Suite 220
Oakland, CA 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiffs
JERALD CLINTON (J.C.) EAGLESMITH,
and EILEEN COX

LOUIS A. LEONE, ESQ. (SBN: 099874)
KATHLEEN DARMAGNAC, ESQ. (SBN: 150843)
BRIAN A. DUUS, ESQ. (SBN: 263403)
STUBBS & LEONE
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:   (925) 974-8600
Facsimile:    (925) 974-8601

Attorneys for Defendants
JEFF RAY, SUE SEGURA and BOARD OF TRUSTEES OF PLUMAS COUNTY
OFFICE OF EDUCATION/PLUMAS COUNTY UNIFIED SCHOOL DISTRICT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALFORNIA

| | |
|---|---|
| JERALD CLINTON (J.C.) EAGLESMITH, RAMONA EAGLESMITH, EILEEN COX, and BRUCE BARNES<br><br>Plaintiffs,<br><br>vs.<br><br>JEFF RAY, as an individual, SUE SEGURA, as an individual, and BOARD OF TRUSTEES OF PLUMAS COUNTY OFFICE OF EDUCATION/PLUMAS COUNTY UNIFIED SCHOOL DISTRICT<br><br>Defendants. | Case No.:  2:11-CV-00098-JAM-JFM<br><br>JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE |

JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE - 1

1  WHEREAS this case has been completely resolved by the Court's rulings granting
2  summary judgment against plaintiffs Ramona Eaglesmith and Bruce Barnes and by the
3  settlement and release of all claims by plaintiffs Jerald Clinton (J.C.) Eaglesmith and
4  Eileen Cox,

5  IT IS HEREBY STIPULATED that this action shall be dismissed with prejudice in
6  its entirety.

Dated: August 7, 2013        SIEGEL & YEE

By___/s/ Dan Siegel_____
   DAN SIEGEL

Attorneys for Plaintiffs
JERALD CLINTON (J.C.) EAGLESMITH,
and EILEEN COX

Dated: August 7, 2013        STUBBS & LEONE

By____/s/ Kathleen Darmagnac_____
   LOUIS A. LEONE
   KATHLEEN DARMAGNAC

Attorneys for Defendants
JEFF RAY, SUE SEGURA and BOARD OF
TRUSTEES OF PLUMAS COUNTY OFFICE OF
EDUCATION/PLUMAS COUNTY UNIFIED
SCHOOL DISTRICT

**IT IS SO ORDERED:**

Dated: August __9__, 2013

_____
United States District Judge

---

JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION
WITH PREJUDICE - 2